```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


SCOTT N. JOHNSON,                   )
                                    )    2:11-cv-2420-GEB-KJN
               Plaintiff,           )
                                    )
          v.                        )    STATUS (PRETRIAL SCHEDULING)
                                    )    ORDER
KIM-DUNG TRAN, Individually and     )
d/b/a New York Hair & Nails; LCH    )
PROPERTIES, LLC,                    )
                                    )
               Defendants.          )
_____    )
                                    )
KIM DUNG TRAN,                      )
                                    )
               Cross-Claimant,      )
                                    )
          v.                        )
                                    )
LCH PROPERTIES, LLC,                )
                                    )
               Cross-Defendant.     )
_____    )
                                    )
LCH PROPERTIES, LLC,                )
                                    )
               Cross-Claimaint,     )
                                    )
          v.                        )
                                    )
SCOTT N. JOHNSON,                   )
                                    )
               Cross-Defendant.[1]  )
_____    )
```

---

[1] The caption has been amended according to the <u>Dismissal of Doe Defendants</u> portion of this Order.

1

1  The status (pretrial scheduling) conference scheduled for
2  hearing on December 12, 2011, is vacated since the parties' Joint Status
3  Report filed on November 28, 2011 ("JSR") indicates the following Order
4  should issue.

## DISMISSAL OF DOE DEFENDANTS

6  Since Cross-Claimants have not justified Doe defendants
7  remaining in this action, Does 1 through 10 named by each Cross-Claimant
8  are dismissed. See Order Setting Status (Pretrial Scheduling) Conference
9  filed September 13, 2011, at 2 n.2 (indicating that if justification for
10 "Doe" defendant allegations not provided Doe defendants would be
11 dismissed).

## SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

13 No further service, joinder of parties, or amendments to
14 pleadings is permitted, except with leave of Court for good cause shown.

## DISCOVERY

16 All discovery shall be completed by February 8, 2013. In this
17 context, "completed" means that all discovery shall have been conducted
18 so that all depositions have been taken and any disputes relative to
19 discovery shall have been resolved by appropriate orders, if necessary,
20 and, where discovery has been ordered, the order has been complied with
21 or, alternatively, the time allowed for such compliance shall have
22 expired.

23 Each party shall comply with Federal Rule of Civil Procedure
24 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on
25 or before September 7, 2012, and any contradictory and/or rebuttal
26 expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before
27 October 9, 2012.
28 ///

MOTION HEARING SCHEDULE

The last hearing date for a motion is April 8, 2013, commencing at 9:00 a.m.[2] A motion shall be briefed as prescribed in Local Rule 230.

The parties are cautioned that an untimely motion characterized as a motion in limine may be summarily denied. A motion in limine addresses the admissibility of evidence.

FINAL PRETRIAL CONFERENCE

The final pretrial conference is set for June 17, 2013, at 11:00 a.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In addition, all persons representing themselves and appearing in propria persona must attend the pretrial conference.

The parties are warned that **non-trial worthy issues could be eliminated *sua sponte*** "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." Portsmouth Square v. S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference. The joint pretrial statement shall specify the issues for trial, including a description of each theory of liability and affirmative defense, and shall estimate the length of the trial.[3] The Court uses the parties'

---

[2] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

[3] If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.

3

joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference. See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir. 1999) ("There is no requirement that the court hold a pretrial conference.").

If feasible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov.

TRIAL SETTING

Trial shall commence at 9:00 a.m. on September 24, 2013.

IT IS SO ORDERED.

Dated:  December 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

4