SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
EMAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson,<br><br>                Plaintiff,<br><br>     vs.<br><br>Tran, et al<br><br>                Defendants | Case No.: CIV.S 11-cv-02420-GEB-KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: CONSENT TO EARLY SETTLEMENT CONFERENCE AND NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270 (b)** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that this action, in which Defendants, Kim-Dung Tran and LCH Properties, LLC also consent to an early settlement conference before Magistrate Judge Kendall J. Newman who is the assigned Magistrate Judge in this action and hereby waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter. Cross Defendant, Scott N. Johnson's response to the Cross Claim is

1  required to be filed within twenty (20) days of the Settlement Conference if the matter is not
2  resolved at the Settlement Conference.

3

4  Dated: December 9, 2011                            /s/Scott N. Johnson_____
                                                      SCOTT N. JOHNSON,
5                                                     Attorney for Plaintiff

6

7  Dated: December 23, 2011                           /s/Hiram Michael Martin_____
                                                      Hiram Michael Martin
8                                                     Attorney for Defendant
9                                                     LCH Properties, LLC

10 Dated: December 16, 2011                           /s/Linda J.L. Sharpe_____
                                                      Linda J.L. Sharpe
11                                                    Attorney for Defendant
12                                                    Kim-Dung Tran

13

## ORDER

14

15         Pursuant to the parties' stipulation and waivers of disqualification set forth above
16 (Dkt. No. 13), the undersigned shall conduct an early settlement conference in this case.  The
17 parties shall contact the undersigned's Courtroom Deputy, Matt Caspar, at (916) 930-4187, to
18 schedule the settlement conference.
19
20         However, the undersigned does not approve the parties' stipulation regarding the
21 request for an extension of time for cross-defendant Scott N. Johnson to file a response to what is
22 referred to as "the Cross Claim."  Such relief is beyond the jurisdiction of the magistrate judge
23 and must be sought from the district judge assigned to this case.
24
25 ////
26 ////
27 ////
28

2

STIPULATION AND PROPOSED ORDER RE: CONSENT TO EARLY SETTLEMENT CONFERENCE AND
NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE
CIV: S-11-cv-02420-GEB-KJN

1   **IT IS SO ORDERED**.

2   **Date:  1/3/2012**

5   _____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3
STIPULATION AND PROPOSED ORDER RE: CONSENT TO EARLY SETTLEMENT CONFERENCE AND
NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE
CIV: S-11-cv-02420-GEB-KJN