SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Cross Defendants Scott N. Johnson and Disabled Access Prevents Injury, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Tran, et al<br><br>         Defendants | Case No. **2:11-cv-02420-GEB-KJN**<br><br>PROPOSED ORDER FOR CROSS DEFENDANTS, SCOTT N. JOHNSON AND DISABLED ACCESS PREVENTS INJURY INC.'S REQUEST REGARDING RESPONSE TO CROSSCLAIM |

**ORDER**

IT IS HEREBY ORDERED THAT Cross Defendants Scott N. Johnson and Disabled Access Prevents Injury, Inc's response to Cross-claim be filed within twenty (20) days after the early settlement conference.

1/13/12

_____
GARLAND E. BURRELL, JR.
United States District Judge