IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                            )
                                             )      2:11-cv-02420-GEB-KJN
              Plaintiff,                     )
                                             )
         v.                                  )      ORDER RE: SETTLEMENT AND
                                             )      DISPOSITION
KIM-DUNG TRAN, Individually and              )
d/b/a New York Hair & Nails; LCH             )
PROPERTIES, LLC,                             )
                                             )
              Defendants.                    )
_____             )
                                             )
AND RELATED CROSS-CLAIMS                     )
_____             )

        Plaintiff filed a "Notice of Settlement" on March 21, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 26.)

        Therefore, a dispositional document shall be filed no later than April 20, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated:  March 23, 2012


                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

1